| | |
|---|---|
| ASHANTI SAWYER OBO T.S., | : UNITED STATES DISTRICT COURT |
| Plaintiff(s), | : DISTRICT OF NEW JERSEY |
| | : |
| | : Hon. Dennis M. Cavanaugh |
| -vs- | : Civil Action No. 07-0749 (DMC) |
| | : |
| MICHAEL J. ASTRUE, | : CONSENT ORDER AWARDING |
| Comm. Of Social Security | : ATTORNEY'S FEES UNDER THE |
| | : EQUAL ACCESS TO JUSTICE ACT |
| Defendant(s), | : (EAJA) 28 U.S.C. 2412(d) |

**THIS MATTER** having been opened to the Court by James Langton, Esq. for an Order awarding attorney's fees pursuant to the Equal Access to Justice Act, (28 U.S.C. § 2412), and it appearing that Christopher J. Christie, United States Attorney, and Kristina Cohn, Special Assistant United States Attorney, attorneys for Defendant, having consented to the entry of an Order awarding Plaintiff an amount of one-thousand three hundred and two dollars and fifty cents ($1,302.50) for attorney's fees, the Court having reviewed the record in this matter;

**IT IS** on this 24 day of October, 2007;

**ORDERED** that Plaintiff be awarded $1,302.50 for attorneys fees.

_____
DENNIS M. CAVANAUGH
United States District Judge

The undersigned hereby consent to the form and entry of the within order.

CHRISTOPHER J. CHRISTIE
United States Attorney

By: /s/ Kristina Cohn
KRISTINA COHN
Special Assistant U.S. Attorney
c/o Social Security Administration
Office of General Counsel
26 Federal Plaza, Room 3904
New York, NY 10278-0004
(212)264-3650, ext. 227
Kristina.cohn@ssa.gov
KC6167

JAMES LANGTON
Langton & Alter
2096 St. Georges Ave.
Rahway, NJ 07065
(732)499-9400

2